UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LATIF B. DAVIS, | Civil No.  3:11-CV-05043 RBL JRC |
| Plaintiff, | ORDER GRANTING TWO-WEEK EXTENSION AND AMENDING BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the Plaintiff's Motion for a Two-Week Extension (ECF No. 11) and with no objection from Defendant, it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before May 3, 2011;

- Defendant shall file a Response to Plaintiff's Opening Brief on or before May 31, 2011;

- Plaintiff shall file the optional Reply Brief on or before June 14, 2011; and

- Oral argument, if desired, shall be requested by June 21, 2011.

DATED this 20th day of April 2011.

J. Richard Creatura
United States Magistrate Judge